1406

**01–2003.  State ex rel. Stern v. Butler.**

Jefferson App. No. 98JE54. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for immediate stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

**01–2103.  State v. Anderson.**

Cuyahoga App. No. 78887. This cause is pending before the court as a discretionary appeal and cross-appeal. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, denied.

**01–2109.  State v. Paletta.**

Lorain App. No. 00CA007717. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's motion for stay of court of appeals' judgment and application for continuation of bond pending appeal to the Supreme Court of Ohio,

IT IS ORDERED by the court that the motion and application be, and hereby are, denied.

F.E. SWEENEY, J., dissents.

*Wednesday, December 19, 2001*

## MERIT DOCKET

**01–1777.  State ex rel. Turner v. Ghee.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1835.  State ex rel. Sloan v. Wilkinson.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1853.  State ex rel. Block v. Ohio Adult Parole Auth.**

In Mandamus. On answer of respondents. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1876.  Hunter v. First Union Home Equity Bank.**

Certified State Law Question, Nos. 01CV7219 and 01CV7220. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The following questions were certified to the court by the United States District Court for the Northern District of Ohio, Western Division:

"(1) Did the inclusion of section 5301.234 in House Bill No. 163 of the 123rd General Assembly violate the single subject clause of Art. II, § 15(D) of the Ohio Constitution?

"(2) Did the adoption of section 5301.234 violate Art. IV, § 5(B) of the Ohio Constitution?" The court declines to answer the certified questions. This cause is therefore dismissed.

RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.